JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JUAN CHAVEZ, | ) | NO. CV 24-823-FMO(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| STATE ACTOR CONDUCT DOES, ET AL., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: June 7, 2024.

                                      /s/
                              FERNANDO M. OLGUIN
                           UNITED STATES DISTRICT JUDGE